450 A.2d 194

Commonwealth v. Frezzell, Appellant.
Petition for Allowance of Appeal
Denied Jan. 19, 1983.

Submitted October 28, 1981. Charles F. Wade, for appel-

lant; Albert Nichols, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and WATKINS, JJ.

Order affirmed.